ORIGINAL

FILED
AUG 2 8 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

UNITED STATES SURETY COMPANY *
*
and
*
AMERICAN CONTRACTORS
INDEMNITY COMPANY *
*
Plaintiffs
*
No.__________________
v. *
*
THE UNITED STATES
*
Defendant
* * * * * * * * * * * *

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

United States Surety Company ("USSC") and American Contractors Indemnity Company ("ACIC"), Plaintiffs, pursuant to RCFC 7.1, file their Disclosure Statement and state:

1. HCC Insurance Holdings, Inc. indirectly owns all outstanding shares of ACIC and USSC.

2. Shares of HCC Insurance Holdings, Inc. are publicly traded on the New York Stock Exchange under the symbol HCC.

3. USSC is a wholly owned subsidiary of USSC Holdings, Inc. which is wholly owned by HCC Insurance Holdings, Inc.

4. ACIC is a wholly owned subsidiary of Surety Associates Holding Co., Inc. which is wholly owned by HCC Insurance Holdings, Inc.

Patrick M. Pike
Sean P. Foley
Goldberg, Pike & Besche, P.C.
100 South Charles Street
Tower II, Suite 1001
Baltimore, Maryland 21201
(410) 539-1004 (phone)
(410) 539-2392 (fax)

Dated: August 24th, 2007