IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-638C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW,
Washington, D.C. 20530
Phone: (202) 307-0252
Fax: (202) 307-0972
Email: leslie.ohta@usdoj.gov

Attention: Classification Unit
8th Floor

s/Leslie Cayer Ohta
Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: September14, 2007