IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY AND AMERICAN CONTRACTORS INDEMNITY COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.07-638C (Judge Lawrence J. Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 18 days, to and including April 18, 2008, within which to file a reply brief to plaintiffs' opposition to defendant's motion to dismiss and plaintiffs' cross motion for summary judgment. Our response is currently due on March 31, 2008. This is our first request for an enlargement of time for this purpose. The contents of this motion have been discussed with plaintiffs' counsel who has indicated that he has no objection to the granting of this motion.

The United States requests this enlargement of time because Government counsel is preparing to complete the trial in the case of Lumbermens Mutual Surety Company v. United States, Fed. C. No. 04-1244, before the Honorable Robert Hodges, in Washington, D.C., the week of March 24, 2008, and the trial in the case of Armour of America v. United States, Fed. Cl. No. 04-1731C, before the Honorable Marian Blank Horn, in Los Angeles, California, the week of March 31, 2008. Additional time, therefore, is needed to prepare a response to

plaintiffs' opposition to defendant's motion to dismiss and plaintiff's cross motion for summary judgment.

Accordingly, we respectfully request the Court to enlarge the time to file a reply brief to plaintiff's opposition to defendant's motion to dismiss and cross motion for summary judgment to and including April 18, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

March 14, 2008

Attorneys for Defendant