# In the United States Court of Federal Claims

**No.07-638 C**

**UNITED STATES SURETY COMPANY and AMERICAN CONTRACTORS INDEMNITY COMPANY**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed August 28, 2008, granting summary judgment in favor of defendant,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed with prejudice. Each side shall bear its own costs.

John S. Buckley
Acting Clerk of Court

**August 28, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.